# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RONALD GENE TUCKER STEWART                                                                PLAINTIFF

v.                                        4:15CV00490-JLH-JJV

DOC HOLIADAY, Sheriff, Pulaski
County Regional Detention Facility; *et al.*                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Holiaday is DISMISSED without prejudice due to Plaintiff's failure to state an actionable claim against him.

SO ORDERED this 2nd day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE