IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD GENE TUCKER STEWART                                                                    PLAINTIFF

v.                                          4:15CV00490-JLH

DOC HOLIADAY, Sheriff, Pulaski
County Regional Detention Facility; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Frank Johnson is DISMISSED without prejudice.

2. The Court should certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 30th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE