**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RONALD GENE TUCKER STEWART                                                                    PLAINTIFF

v.                                          4:15CV00490-JLH

DOC HOLIADAY, Sheriff, Pulaski
County Regional Detention Facility; *et al.*                                                  DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 30th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE